

FILED
JUN 05 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>SONOVAH JUDITH HILLMAN,<br><br>Defendants. | Case No. 4:19-mj-70865-MAG-1  (DMR)<br><br>Charging District:<br>Eastern District of Louisiana, New Orleans<br><br>Charging District's Case No.:<br>19-047 MAG |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| | |
|---|---|
| Place: U.S. District Court<br>Eastern District of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 | Courtroom No.: B431<br>Magistrate Judge Karen Wells Roby<br>Date and Time: June 28, 2019 at 11:30 a.m. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: June 5, 2019

_____
Donna M. Ryu
United States District Judge